UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X
                               :
UNITED STATES OF AMERICA       :    **SEALED INDICTMENT**
                               :
        - v. -                 :    S4 21 Cr. 190 (JPO)
                               :
KAITLYN RIVERA,                :
                               :
            Defendant.         :
                               :
- - - - - - - - - - - - - - - X

## COUNT ONE

### (Sexual Exploitation of a Child)

The Grand Jury charges:

1. On or about May 14, 2020, in the Southern District of New York and elsewhere, KAITLYN RIVERA, the defendant, knowingly employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was actually transported and

transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and aided and abetted the same, to wit, at the request and direction of a co-conspirator ("CC-1"), RIVERA filmed herself with her cellular phone while she performed oral sex on a minor victim and transmitted such videos to CC-1.

(Title 18, United States Code, Sections 2251(a), (e), and 2.)

## FORFEITURE ALLEGATIONS

2.  As a result of committing the offense alleged in Count One of this Indictment, KAITLYN RIVERA, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from said offense and any and all property, real or personal, used or intended to be used to commit or promote the commission of said offense or traceable to such property, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Assets Provision

3.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

    (Title 18, United States Code, Section 2253;
    Title 21, United States Code, Section 853; and
    Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
AUDREY STRAUSS
United States Attorney

3

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

KAITLYN RIVERA,

Defendant.

### INDICTMENT

S4 21 Cr. 190 (JPO)

(18 U.S.C. §§ 2251(a), (e) and 2.)

AUDREY STRAUSS
United States Attorney

*[signature]*
Foreperson