UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :  21 Cr. 190-4 (JPO)
    -against-                        :  ORDER
                                     :
Kaitlyn Rivera                       :
                                     :
        Defendant                    :
                                     :
-------------------------------------X

J. PAUL OETKEN, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include the condition of mental health evaluation/treatment as directed by Pretrial Services.

    Dated: New York, New York
          May 7, 2021

SO ORDERED:

J. PAUL OETKEN
United States District Judge