

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 18, 2021

BY ECF
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

  Re: <u>United States v. Gennie Harrison & Kaitlyn Rivera, 21 Cr. 190 (JPO)</u>

Dear Judge Oetken:

  The parties in the above captioned matter respectfully request that the conference scheduled for May 26, 2021, be adjourned for approximately 90 days. The adjournment would allow the defendants to review discovery and would allow the parties to continue to engage in discussions in an attempt to reach a pretrial disposition.

  The Government respectfully requests that time be excluded under the Speedy Trial Act between May 26, 2021 and the next scheduled conference, so that the defendants can review discovery and the parties can discuss a possible pretrial resolution and because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel, who do not object to the exclusion of time.

> Granted. The May 26, 2021 pretrial conference as to defendants Harrison and Rivera is adjourned to August 26, 2021, at 12:00 p.m.
> The Court hereby excludes time through August 26, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the best interests of the public and the defendants in a speedy trial.
> So ordered: 5/18/2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

by:  /s/ Rebecca T. Dell
  Rebecca T. Dell
  Assistant United States Attorney
  (212) 637-2198

_____
J. PAUL OETKEN
United States District Judge