# LAW OFFICES OF
# JACQUELINE E. CISTARO

11 Broadway · Suite 615 · New York, NY 10004 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

November 30, 2021

**Sent Via ECF**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

***Re: United States v. Gennie Harrison, 21 Cr. 190 (JPO)***

Dear Judge Oetken:

    I represent Gennie Harrison in the above-referenced matter. A status conference is scheduled for December 2, 2021. We respectfully request a 60 day adjournment to continue to conduct our investigation and mitigation in this case. If convenient for the Court, we request a status conference at the end of January or beginning of February. The government and counsel for Kaitlyn Rivera have no object to this request for an adjournment. We also consent to excludable time.

    Thank you for your time and consideration.

Respectfully submitted,

s/ Jacqueline E. Cistaro

cc:   All Counsel (*via electronic mail and ECF*)

> Granted. The December 2, 2021 pretrial conference as to defendants Harrison and Rivera is adjourned to February 2, 2022, at 12:30 p.m. The Court hereby excludes time through February 2, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
> So ordered:  12/1/2021

_____
J. PAUL OETKEN
United States District Judge