# Patrick J. Joyce Esq.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07079
(973) 324-271

January 6, 2022

Honorable J. Paul Oetken
United States District Court Judge
40 Foley Square
New York, New York 10013

       Re: USA v.Kaitlyn Rivera
       21-Cr. 190 (JPO)

Dear Judge Oetken,

     I am the attorney for the above -named defendant.  At present, Ms. Rivera's bail conditions restrict her travel to the Southern and Eastern Districts of New York. I am asking that the conditions be modified to permit Ms. Rivera to travel to my office which is located in the District of New Jersey (Maplewood, New Jersey) for purposes of counsel visits. Ms. Rivera will notify pre-trial prior to coming to my office.  I have spoken with Officer Jonathan Lettieri of Pre-Trial, regarding this request. Officer Lettieri does not object to this request, provided that Pre-Trial is notified in advance of any  meetings which are scheduled in my New Jersey office.

Granted.
So ordered.
  1/6/2021

Respectfully submitted,
/s/_____
Patrick Joyce

_____
J. PAUL OETKEN
United States District Judge

1