

11 Broadway · Suite 615 · New York, NY 10004 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

January 25, 2022

**VIA ECF**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*Re: United States v. Gennie Harrison, et al, 21 Cr. 190 (JPO)*

Your Honor:

    I represent Gennie Harrison in the above-referenced matter. I write to request permission to submit a CJA interim voucher in connection with Ms. Harrison's representation as I have already incurred meaningful attorney's fees with my work to date. It would be extremely helpful should I be allowed to submit an interim CJA voucher as the accrued amount is greater than Ten Thousand Dollars ($10,000), in accordance with the CJA eVoucher Attorney's Manual.

    For the Court's convenience, I have included a "So Ordered" line should the Court grant my request. Thank you for your time and consideration.

Respectfully submitted,

s/ Jacqueline E. Cistaro, Esq.

cc:    All Counsel of Record (*via ECF*)

SO ORDERED

1/26/2022

_____
J. PAUL OETKEN
United States District Judge