```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   21 Cr. 190-4 (JPO)
     -against-                       :   ORDER
                                     :
Kaitlyn Rivera                       :
                                     :
        Defendant                    :
                                     :
-------------------------------------X
```

J. PAUL OETKEN, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include travel to the District of Connecticut to facilitate her relocation to that District.

    Dated: New York, New York
          July 20, 2022

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge