

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

August 4, 2022

**Sent Via ECF**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*Re: United States v. Gennie Harrison, 21 Cr. 190 (JPO)*

Dear Judge Oetken:

I represent Gennie Harrison in the above-referenced matter. A pre-trial conference is scheduled for August 10, 2022. We respectfully request an adjournment to continue to review voluminous medical records and prepare a mitigation package to submit to the government who will also need time to review. Also, AUSA Rebecca Dell is on vacation. If convenient for the Court, we ask for a date at the end of September or beginning of October 2022. The government consents to this request. We also consent to excludable time.

Thank you for your time and consideration.

Respectfully submitted,

s/ Jacqueline E. Cistaro

---

> Granted. The August 10, 2022 pretrial conference as to defendants Harrison, Rivera, and Davila is adjourned to September 29, 2022, at 3:30 p.m. The Court hereby excludes time through September 29, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
> So ordered:  8/5/2022

_____
J. PAUL OETKEN
United States District Judge