# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

August 19, 2022

<u>Via ECF</u>

The Honorable J. Paul Oetken
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   <u>*United States* v. *Johnny Roman*</u>, 21 Cr. 190 (JPO) (S.D.N.Y.)

Dear Judge Oetken:

I represent the defendant in the above-captioned matter.  I write to request that the Court set a control date of September 9, 2022 for the parties to submit a request for a proposed trial date in this case.  The parties would like to submit a joint proposed date, but in order to do that, I need to see Mr. Roman, my client, in person, which I am unable to do until the first week of September.  I have conferred with the Government, which has no objection to this request.

On behalf of Mr. Roman, and with the Government's consent, I also respectfully request that the Court grant an exclusion of time for Speedy Trial Act purposes from today's date until September 9, 2022 on the ground that the ends of justice served by the planned meeting described herein and the ability of the parties to engage in further discussions about a potential disposition outweigh the best interest of the public and the defendant in a speedy trial.

Granted.  The parties shall submit a joint request for a trial date on or before September 9, 2022.  The Court hereby excludes time under the Speedy Trial Act through September 9, 2022, finding that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.
 So ordered:  8/23/2022

Respectfully submitted,

/s/ Nicole Friedlander

Nicole Friedlander
friedlandern@sullcrom.com

*Attorney for Johnny Roman*

J. PAUL OETKEN
United States District Judge