# Patrick J. Joyce Esq.
Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07079
(973) 324-271

September 26, 2022

Honorable J. Paul Oetken
United States District Court Judge
40 Foley Square
New York, New York 10013

    Re: <u>USA v. Kaitlyn Rivera</u>
    21-Cr. 190 (JPO)

Dear Judge Oetken,

    I am the attorney for the above-named defendant. Presently, this case is scheduled for a conference on September 29, 2022. By way of this letter, I request to adjourn this conference for a 45-day continuance to November 13 or any date thereafter. This adjournment will allow me to review discovery and plea negotiations with the Government. This is the sixth request by Ms. Rivera for an adjournment. AUSA Rebecca Dell consents to this request.

    I do not object to the court's exclusion of time under the Speedy Trial Act, from September 26, 2022, up to and including whatever date the court chooses for the next conference date

> Granted. The September 29, 2022 pretrial conference as to defendants Harrison, Rivera, and Davila is adjourned to November 17, 2022, at 4:00 p.m. The Court hereby excludes time through November 17, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
>   So ordered.
>   9/26/2022

Respectfully submitted,
*Patrick Joyce*
Patrick Joyce

_____
J. PAUL OETKEN
United States District Judge