# Patrick J. Joyce Esq.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07040

November 10, 2022

Honorable J. Paul Oetken
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10013

Re: **United States v. Kaitlyn Rivera**
**21-CR-190 (JPO)**

Dear Judge Oetken,

      I am the attorney for the above-named defendant, Ms. Kaitlyn Rivera. This case is scheduled for a pretrial conference on November 17, 2022. I am requesting that the Court adjourn the case to December 20, 2022–when pretrial conference for two of Ms. Rivera's codefendants has also been scheduled–because I will be engaged in a trial in Bronx County, Supreme Court of the State of New York (People v. Roshawn Pine, CR-01391-2018), where we are presently selecting a jury.

      This is Ms. Rivera's seventh request for an adjournment. All previous requests have been granted. The Government, through Assistant United States Attorney Rebecca T. Dell, consents to the request of an adjournment.

      I do not object to the Court's exclusion of time under the Speedy Trial Act, from November 16, 2022 up to and including the date the Court chooses for the next hearing date.

> Granted. The November 17, 2022 pretrial conference as to defendants Harrison, Rivera, and Davila is adjourned to December 20, 2022, at 12:00 p.m. The Court does not anticipate granting further extensions absent compelling circumstances. Time is hereby excluded through December 20, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial
> So ordered:
> 11/14/2022

Respectfully submitted,

/s/
Patrick J. Joyce
70 Lafayette St., 2nd Fl.
New York, NY 10013
(212) 285-2299

_____
J. PAUL OETKEN
United States District Judge